IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00824-WYD-KLM

KATHERINE HANNER, and
ROBERT HANNER,

    Plaintiffs,

v.

WAL-MART STORES, INC., and
JOHN DOE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 19; Filed November 18, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on June 6, 2011 [#13] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **December 2, 2011**
- Rebuttal Expert Disclosure Deadline    **January 5, 2012**

Dated:  November 21, 2011