IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00824-WYD-KLM

KATHERINE HANNER, and
ROBERT HANNER,

    Plaintiffs,

v.

WAL-MART STORES, INC., and
JOHN DOE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [Docket No. 22; Filed January 26, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on June 6, 2011 [#13], as modified on November 21, 2011 [#21], is further amended to extend the following deadline:

- Discovery Cut-off                                                                            **March 2, 2012**

Dated: January 30, 2012