IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-00824-WYD-KLM

KATHERINE HANNER and
ROBERT HANNER,

      Plaintiffs,

v.

WAL-MART STORES, INC. and
JOHN DOE,

      Defendants.

---

### ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal

With Prejudice [ECF No. 42], filed September 28, 2012.   After carefully reviewing the

above-captioned case, I find that the stipulation should be approved and that this case

should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).   Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice [ECF No. 42], filed

September 28, 2012, is **APPROVED**.   In accordance therewith, this matter is

**DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated:   October 1, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE